**FILED**

09/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA 23-0319

JANICE M. DODDS,

       Plaintiff-Appellant,

vs.

GREGORY S. TIERNEY, M.D.,
BENEFIS HEALTH SYSTEM, and
JOHN and JANE DOES I-IV,

       Defendants-Appellee.

**ORDER**

Pursuant to stipulation of the parties, deadline for completing mediation in this matter is extended 90 days past its original date of August 21, 2023 to November 20, 2023.

DATED this _____ day of _____, 2023.

_____
Clerk of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 5 2023